DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY CAHILL a/k/a MARY E. CAHILL,**
Appellant,

v.

**U.S. BANK, NATIONAL ASSOCIATION,** as Trustee Successor-In-Interest
to **WACHOVIA BANK, N.A. POOLING AND SERVICING AGREEMENT
DATED AS OF NOVEMBER 1, 2004.** Asset-Backed Pass-Through
Certificates Series 2004-WWFI,
Appellee.

No. 4D19-3869

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2009-CA-
033646-XXXX-MB.

Amanda L. Lundergan of Lundergan Legal, LLC, Royal Palm Beach, for
appellant.

Jennifer Travieso, Zachary Ullman and Julia Poletti of Aldridge │ Pite,
LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***